UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Kevin O'Banyoun | § | CIVIL ACTION NO. 2:15-cv-00277 |
|     Plaintiff | § | |
| | § | |
| vs. | § | |
| | § | |
| | § | |
| Akal Security, Inc. and Loretta Lynch, | § | |
| Attorney General of the United States, | § | |
|     Defendants. | § | A JURY IS DEMANDED |

**Plaintiff's Notice of Dismissal**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Kevin O'Banyoun advises the Court that he has voluntarily dismissed this action in its entirety with prejudice as to the refiling of the same.

Respectfully submitted this 29th day of October 2015.

Respectfully submitted,

By:    /s/ John W. Griffin, Jr.
JOHN W. GRIFFIN, JR.
Federal I.D. No. 2238
State Bar No. 08460300
Marek, Griffin & Knaupp
203 N. Liberty St.
Victoria, Texas 77901
(361) 573-5500 (Phone)
(361) 573-5040 (Fax)

KATHERINE L. BUTLER
Federal I.D. No. 4734
State Bar No. 03526300

Margaret A. Harris  
Federal I.D. No. 87  
State Bar No. 09081400  
1007 Heights Boulevard  
Houston, Texas 77008  
(713) 526-5677 (Phone)  
(713) 526-5691 (Fax)  

ATTORNEYS FOR PLAINTIFF

Certificate of Service

The plaintiff has served this pleading on the defendants by email and through the ECF system on the 29th day of October 2015.

    /s/ John W. Griffin, Jr.